IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE ADOLOR CORPORATION          :
DERIVATIVE LITIGATION             :     Lead Case No. 04-3649
                                  :

### ORDER

AND NOW, this 12th day of May, 2009, upon consideration of the Motion of Adolor Corporation to Dismiss Plaintiffs' Complaint for Failure to Make the Requisite Demand (Doc. No. 7), and all documents filed in support thereof and in opposition thereto, it is hereby ORDERED as follows:

(1) The Motion is GRANTED; and

(2) The Verified Consolidated Shareholder Derivative Complaint (Doc. No. 5) is DISMISSED.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.

Faxed to D. Gross
N. Farugi
K. Thompson
B. Robbins
J. Fink
M. Felicio    5/12/09